# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BELL GARDEN'S POLICE DEPARTMENT, R. CATANI, D. SALMON, and GARCIA,<br><br>　　　　Defendants. | Case No. 1:23-cv-01487-HBK (PC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

Before the Court is *pro se* Plaintiff Juan Ramos' Complaint filed under 42 U.S.C. § 1983. (Doc. No. 1). After reviewing the Complaint, the Court determines Plaintiff should have brought this action in the United States District Court in the Central District of California. Los Angeles Division. According to the Complaint, the events giving rise to the cause of action and/or the defendants reside in Los Angeles County, which is within the venue of the United States District Court for the Central District of California. *See* 28 U.S.C. § 1391(b). Thus, in the interests of justice the Court transfers this case under 28 U.S.C. § 1406(a).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to **transfer** this action to the United States District Court for the Central District of California, Los Angeles Division.

2. The Court takes no action on Plaintiff's motion to proceed in forma pauperis (Doc.

1  No. 2).

2  3. The Clerk of Court shall close this case after transfer.

Dated: October 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2